**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEJANDRO ASTORGA,<br>Defendant | Case No.: 26-CR-1620-WQH<br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the United States' Motion to Dismiss Indictment Without Prejudice is granted (ECF No. 25), and the Indictment against Defendant, Alejandro Astorga, in this case is dismissed without prejudice. All other pending motions are denied as moot. The Clerk of the Court shall close this case.

SO ORDERED.

Dated: August 7, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court